# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HOPKINS,<br><br>                Petitioner,<br><br>    v.<br><br>BRIAN BIRKHOLZ, Warden,<br><br>                Respondent. | Case No. 5:24-cv-02105-HDV (SK)<br><br>**ORDER ACCEPTING REPORT AND RECOMMENDATION TO GRANT UNOPPOSED MOTION TO DISMISS HABEAS PETITION** |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the filed Report and Recommendation to grant respondent's unopposed motion to dismiss the habeas petition and any relevant records as needed. Because the time for objections has passed with none filed, the Court need not review de novo the findings and conclusions in the Report and Recommendation. *See Thomas v. Arn*, 474 U.S. 140, 154 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc).

THEREFORE, the Court accepts the Report and Recommendation and orders that respondent's unopposed motion to dismiss the petition under 28 U.S.C. § 2241 be granted. Judgment will accordingly be entered dismissing this action without prejudice.

    IT IS SO ORDERED.

DATED: June 27, 2025

                                                  HERNAN D. VERA
                                                  United States District Judge