# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DENNIS HOPKINS,<br><br>    Petitioner,<br><br>  v.<br><br>BRIAN BIRKHOLZ, Warden,<br><br>    Respondent. | Case No. 5:24-cv-02105-HDV (SK)<br><br>**JUDGMENT** |

Pursuant to the Order Accepting Report and Recommendation to grant respondent's unopposed motion to dismiss the habeas petition, **IT IS ADJUDGED** that the petition for writ of habeas corpus under 28 U.S.C. § 2241 is dismissed without prejudice.


DATED: June 27, 2025

             HERNAN D. VERA
             United States District Judge